UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ALEJANDRO ESPINOZA,   CASE NO. 1:23-cv-22545-RNS

    Plaintiff,

vs.

VF CORPORATION, LLC
a Foreign For Profit Corporation,
DBA KIPLING,
_____/

**NOTICE OF REMOVAL OF PARTY**

    Plaintiff Alejandro Espinoza, through undersigned, files this Notice of Entry of Removal of party to remove the following Defendant:

    Nautica Retail Usa Llc
    A Foreign For Profit Corporation
    D/B/A Kipling
    C/O Ct Corporation System
    1200 South Pine Islando Rd
    Plantation, Fl 33324

    Respectfully submitted,

    MENDEZ LAW OFFICES, PLLC
    Attorney for Debtors
    P.O. BOX 228630
    Miami, Florida 33172
    Telephone: 305.264.9090
    Facsimile: 1.305.809.8474
    Email: info@mendezlawoffices.com

    By:
    _/s_____
    DIEGO GERMAN MENDEZ, ESQ.
    FL BAR NO.: 52748