AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ALEJANDRO ESPINOZA <br><br> *Plaintiff(s)* <br> v. <br><br> VF CORPORATION, LLC, <br> a Foreign Profit Corporation, <br> D/B/A KIPLING <br><br> *Defendant(s)* | Civil Action No.  1:23-cv-22545-RNS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    VF CORPORATION, LLC, D/B/A KIPLING
    C/O CORPORATION SERVICE COMPANY
    1201 HAYS STREET
    TALLAHASSEE, FL 32301-2525

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    MENDEZ LAW OFFICES, PLLC,
    P.O. BOX 228630, MIAMI, FLORIDA 33222

    ADAMS & ASSOCIATES, P.A.,
    6500 COWPEN ROAD, STE 101, MIAMI LAKES, FL 33014

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date:   7/18/2023

Angela E. Noble
Clerk of Court

s/ J. Adams
Deputy Clerk
U.S. District Courts

**SUMMONS**